## MICHAEL ROY HICKEY,
*Appellant,*

*v.*

## Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-12-746M; A115955

57 P3d 950

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.*

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

_____

* Armstrong, J., *vice* Warren, S. J.